IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JULIO C. GONZALEZ, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 cv 2417 |
| | ) | |
| v. | ) | Honorable Mark Filip |
| | ) | |
| SONYA CALAMBAS and AMALIA RAMIREZ, | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF MOTION

TO: Sonya Calambas, 3304 Greenleaf Street, Skokie, IL 60076
Amalia Ramirez, 3304 Greenleaf Street, Skokie, IL 60076

**PLEASE TAKE NOTICE** that on July 26, 2007, at 9:30 a.m., I shall appear before the Honorable Mark Filip, or any other judge sitting in his stead, in Room 1919, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and request a hearing on the Motion To Adopt Proposed Findings of Fact and Conclusions of Law and For Entry of Judgment Against Defendants, a copy of which is attached hereto and hereby served upon you.

CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby certify that I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on the above listed addressee(s) by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Chicago, Illinois, on the 18th day of July 2007.

/s/ Monica C. O'Brien
Monica C. O'Brien

Gregory K. Stern, P.C.
Gregory K. Stern (Atty ID #6183380)
Monica C. O'Brien (Atty ID #6216626)
53 West Jackson Boulevard, Suite 1442
Chicago, Illinois 60604
(312) 427-1558

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JULIO C. GONZALEZ, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 cv 2417 |
| | ) | |
| v. | ) | Honorable Mark Filip |
| | ) | |
| SONYA CALAMBAS and AMALIA RAMIREZ, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO ADOPT PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW AND FOR ENTRY OF JUDGMENT AGAINST DEFENDANTS**

Now comes the Plaintiff, Julio C. Gonzalez (the "Plaintiff"), by and through his attorneys, Gregory K. Stern and Monica C. O'Brien, and in support of his Motion To Adopt Proposed Findings of Fact and Conclusions of Law and For Entry of Judgment Against Defendants, states as follows:

1. On May 25, 2006, the Plaintiff filed a Complaint to Avoid Transfer, To Recover Damages, and For Other Relief (the "Complaint") against Sonya Calambas ("Calambas"), Amalia Ramirez ("Ramirez") and Ramona Acedebo ("Acedebo") (collectively referred to as the "Defendants") in the United States Bankruptcy Court, Northern District of Illinois, Eastern Division, more commonly known as *Julio C. Gonzalez v. Sonya Calambas, Amalia Ramirez, and Ramona Acebedo*, Adv. Case No. 06 A 1120 (the "Adversary Proceeding"). The Complaint seeks, *inter alia*, to recover damages against the Defendants for breach of contract.

2. On January 12, 2007, the Plaintiff presented a partial motion for summary judgment against Calambas and Ramirez as to Count II[1] of the Complaint (the "Motion for Summary Judgment").

---

[1] On March 16, 2007, an Order was entered in the Adversary Proceeding dismissing Counts I and III of the Complaint; and, on April 13, 2007 an Order was entered in the Adversary Proceeding dismissing the Complaint

3. On May 1, 2007, pursuant to 28 U.S.C. §157(c)(1) and Bankruptcy Rule 9033, the Honorable A. Benjamin Goldgar, the Bankruptcy Judge presiding over the Adversary Proceeding, transmitted Proposed Findings of Fact and Conclusion of Law dated April 20, 2007 related to the Motion for Summary Judgment to United States District Court For the Northern District of Illinois, Eastern Division.

4. The Plaintiff requests that this Court adopt and affirm the Proposed Findings of Fact and Conclusion of Law dated April 20, 2007; and, enter a judgment against Calambas and Ramirez as to Count II of the Complaint in the amount of $54,425.88

WHEREFORE, the Plaintiff requests that this Court enter an order granting summary judgment against Sonya Calambas and Amalia Ramirez, joint and severally, as to Count II of the Complaint to Avoid Transfer, To Recover Damages, And For Other Relief; and, for such other relief as this Court deems appropriate.

/s/ Monica C. O'Brien
Monica C. O'Brien,
Attorney for Plaintiff

Gregory K. Stern, P.C.
Gregory K. Stern (Atty ID #6183380)
Monica C. O'Brien (Atty ID #6216626)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

---

against Acebedo, without prejudice.